IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CRISTEN ARMSTRONG,

    Plaintiff,

vs.

AUTOWORKS OF DESTIN, LLC,
a Florida Limited Liability Company,
d/b/a Destin Auto Center, and AUDRIUS
DREVINSKAS, an individual,
jointly and severally,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, CRISTEN ARMSTRONG, sues Defendants, AUTOWORKS OF DESTIN, LLC, and AUDRIUS DREVINSKAS, and shows:

### Introduction

1.    This is an action by CRISTEN ARMSTRONG against her former employers for unpaid overtime pursuant to the Fair Labor Standards Act. Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3.    The claim arose within the Northern District of Florida, which is where venue is proper.

### Parties and General Allegations

4.    Plaintiff, CRISTEN ARMSTRONG, (hereinafter "ARMSTRONG") a resident of Okaloosa County, was at all times material, employed by AUTOWORKS OF DESTIN, LLC, as

an hourly dispatcher, was an employee as defined by 29 U.S.C. § 203(e), and during her employment with AUTOWORKS OF DESTIN, LLC, was engaged in commerce or in the production of goods for commerce.

5.      Defendant, AUTOWORKS OF DESTIN, LLC., (hereinafter, "AUTOWORKS"), is a Florida Limited Liability Company doing business throughout the Northern District of Florida, and is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. § 207, in the location where ARMSTRONG was employed.

6.      Defendant, AUDRIUS DREVINSKAS (hereinafter "DREVINSKAS"), who resides in the Northern District of Florida, was, or now is, an owner and/or operator of Defendant AUTOWORKS.

7.      Defendant DREVINSKAS acted and acts directly in the interests of Defendant AUTOWORKS in relation to its employees. DREVINSKAS hired the Plaintiff, set the Plaintiff's pay, schedule and determined Plaintiff's job duties. Thus, DREVINSKAS was and is an employer within the meaning of Section 3(d) of the Act, 29 U.S.C. § 203(d).

**Count I – Violation of FLSA by Defendant AUTOWORKS – Overtime**

8.      Plaintiff, CRISTEN ARMSTRONG, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 5 above.

9.      Since February 14, 2018 and up to and including February 14, 2021, Defendant AUTOWORKS has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing

employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed.

10. ARMSTRONG, during her employment, worked in excess of 40 hours most weeks of her employment, and was not compensated for the work in excess of 40 hours at a rate not less than one and one-half times the regular rate at which she was employed. To wit:

(a) ARMSTRONG performed work before and after her scheduled shift without any compensation, which the Defendant required of her; and

(b) AUTOWORKS has a policy of paying only straight time, even those hours in excess of 40 per work week.

11. The failure to pay overtime compensation to ARMSTRONG is unlawful in that she was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that she neither was a bona fide executive, administrative or professional employee.

12. AUTOWORKS' actions were willful and purposeful as it was well aware of the Fair Labor Standards Act and ARMSTRONG's status as non-exempt, but chose not to pay her in accordance with the Act.

13. ARMSTRONG is entitled pursuant to 29 U.S.C. § 216(b), to recover from AUTOWORKS:

    a. All unpaid overtime that is due;

    b. As liquidated damages, an amount equal to the unpaid overtime owed;

    c. The costs of this action, and;

    d. A reasonable attorney's fee.

WHEREFORE, Plaintiff, CRISTEN ARMSTRONG, prays that this court will grant judgment against Defendant AUTOWORKS:

  a. awarding ARMSTRONG payment of overtime compensation found by the court to be due to her under the Act, including pre-judgment interest;

  b. awarding ARMSTRONG an additional equal amount as liquidated damages;

  c. awarding ARMSTRONG her costs, including a reasonable attorney's fee; and

  d. granting such other and further relief as is just.

### Count II – Violation of FLSA by Defendant AUDRIUS DREVINSKAS – Overtime

14. Plaintiff, CRISTEN ARMSTRONG, realleges, as if fully set forth in Count II, the allegations of Paragraphs 1 through 13 above.

15. ARMSTRONG is entitled pursuant to 29 U.S.C. § 216(b), to recover from DREVINSKAS:

  a. All unpaid overtime that is due;

  b. As liquidated damages, an amount equal to the unpaid overtime owed;

  c. The costs of this action, and;

  d. A reasonable attorney's fee.

WHEREFORE, Plaintiff, CRISTEN ARMSTRONG, prays that this court will grant judgment against Defendant DREVINSKAS:

  a. awarding ARMSTRONG payment of overtime compensation found by the court to be due to her under the Act, including pre-judgment interest;

  b. awarding ARMSTRONG an additional equal amount as liquidated damages;

  c. awarding ARMSTRONG her costs, including a reasonable attorney's fee; and

  d. granting such other and further relief as is just.

### Jury Demand

Plaintiff demands trial by jury on all issues so triable.

Dated: September 22, 2022
Plantation, Florida

                                Respectfully submitted,

                                */s/Robert S. Norell*
                                Robert S. Norell, Esq. (Fla. Bar No. 996777)
                                E-Mail: rob@floridawagelaw.com
                                **ROBERT S. NORELL, P.A.**
                                300 NW 70th Avenue
                                Suite 305
                                Plantation, Florida 33317
                                Telephone: (954) 617-6017
                                Facsimile: (954) 617-6018
                                *Counsel for Plaintiff Cristen Armstrong*